## Nussbaum et al. *v.* Lancaster Shopping Plaza, Inc. et al., Appellants.

Argued April 28, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*John W. Beyer,* with him *Arnold, Bricker, Beyer and Barnes,* for appellants.

*John Milton Ranck,* with him *Charles Foltz Herr,* and *Appel, Ranck, Herr & Appel,* for appellees.

OPINION PER CURIAM, October 9, 1970:
Judgment affirmed.